Howard D. Gest (SBN: 76514)
hgest@burhenngest.com
BURHENN & GEST LLP
12401 Wilshire Boulevard, Suite 200
Los Angeles, CA 90025
Telephone: 213-629-8787

Nathan P. Eimer (*pro hac vice forthcoming*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice forthcoming*)
vjacobsen@eimerstahl.com
Alec Solotorovsky (*pro hac vice forthcoming*)
asolotorovsky@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600

Brian Y. Chang (SBN: 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: 408-889-1670

Attorneys for Plaintiffs
Compass, Inc. and Compass California, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

COMPASS, INC.; and COMPASS CALIFORNIA, INC.,

Plaintiffs,

v.

COMBINED L.A./WESTSIDE MLS, INC.,

Defendant.

Case No. 2:26-cv-13239

**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Pursuant to Local Rule 83-1.4, Plaintiffs Compass, Inc. and Compass California, Inc. advise the Court of the pendency of other actions or proceedings as set forth on Attachment 1, including one case pending in a different division of this Court.

Plaintiffs are aware of the following counsel in the cases listed on Attachment 1: In the case pending in this Court, Compass, Inc. and its affiliates are represented by the same counsel as in this case. In the other cases listed on Attachment 1, Compass, Inc. and its affiliates are represented by Nathan P. Eimer, Vanessa G. Jacobsen, and Alec Solotorovsky, Eimer Stahl, LLP, 224 South Michigan Avenue, Suite 1100, Chicago, IL 60604, Telephone: (312) 660-7600.

In the two Southern District of New York cases, *California Regional Multiple Listing Service, Inc., et al. v. Compass, Inc.*, Case No. 1:26-cv-08796-MKV (S.D.N.Y.), and *Arizona Regional Multiple Listing Service, Inc., et al. v. Compass, Inc.*, Case No. 1:26-cv-09253-MKV (S.D.N.Y.), plaintiffs California Regional Multiple Listing Service, Inc. and Arizona Regional Multiple Listing Service, Inc. and the other plaintiffs are represented by Claude G. Szyfer, Hogan Lovells Cadwalader US LLP, 200 Liberty Street, New York, NY 10281, Telephone: (212) 504-6000, and Liam E. Phibbs and Holden A. Steinhauer, Hogan Lovells Cadwalader US LLP, 555 Thirteenth Street NW, Washington DC 20004, Telephone: (202) 637-5910.

Plaintiffs file this Notice out of an abundance of caution. The listed actions overlap with this action only in a limited respect. In each action filed by Compass, Inc. and one or more of its wholly-owned local brokerages, Compass alleges that a multiple listing service ("MLS") rule limiting when and how a listing may be publicly marketed before it is submitted to the MLS violates the antitrust laws and prevents Compass from offering its phased-marketing strategy, See It First™ on Compass, in that MLS's market. But each rule was adopted by a different MLS and is enforced in its own local market, so each action involves a different defendant,

relevant market, witnesses, and damages. Defendant Combined L.A./Westside MLS, Inc. is not a party to any listed action. The two Southern District of New York actions are anticipatory declaratory-judgment suits by certain MLSs, in which Compass, Inc. has filed pre-motion letters seeking dismissal or, alternatively, severance and transfer. Plaintiffs identify the listed actions to the extent this overlap could be viewed as involving a material part of their subject matter, but do not concede that any listed action is related to this action or that consolidation, coordination, reassignment, or transfer would be appropriate.

Dated: November 17, 2026

Respectfully submitted,

By: /s/ Howard D. Gest

Howard D. Gest (SBN: 76514)
hgest@burhenngest.com
BURHENN & GEST LLP
12401 Wilshire Boulevard, Suite 200
Los Angeles, CA 90025
Telephone: 213-629-8787

Nathan P. Eimer (*pro hac vice forthcoming*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice forthcoming*)
vjacobsen@eimerstahl.com
Alec Solotorovsky (*pro hac vice forthcoming*)
asolotorovsky@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600

Brian Y. Chang (SBN: 287757)
bchang@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: 408-889-1670

*Attorneys for Plaintiffs*
*Compass, Inc. and Compass California, Inc.*

| Case Name | Case Number | Court |
|---|---|---|
| California Regional Multiple Listing Service, Inc., et al. v. Compass, Inc. | 1:26-cv-08796-MKV | S.D. N.Y. |
| Arizona Regional Multiple Listing Service, Inc., et al. v. Compass, Inc. | 1:26-cv-09253-MKV | S.D. N.Y. |
| Compass, Inc., et al. v. California Regional Multiple Listing Service, Inc. | 5:26-cv-06121-KK-DTB | C.D. Cal. |
| Compass, Inc., et al. v. Arizona Regional Multiple Listing Service, Inc. | 2:26-cv-10493-DGC | D. Ariz. |
| Compass, Inc., et al. v. BridgeMLS, Inc. | 4:26-cv-13647 | N.D. Cal. |
| Compass, Inc., et al. v. MLSListings Inc. | 5:26-cv-13652-SVK | N.D. Cal. |
| Compass, Inc., et al. v. Bay East Association of Realtors | 4:26-cv-13653-KAW | N.D. Cal. |
| Compass, Inc., et al. v. Contra Costa Association of Realtors | 3:26-cv-13655-SK | N.D. Cal. |
| Compass, Inc., et al. v. San Diego Multiple Listing Service, Inc. | 3:26-cv-06446-BAS-JLB | S.D. Cal. |
| Compass, Inc., et al. v. Metrolist, Inc. | 1:26-cv-06027-CNS-TPO | D. Colo. |
| Compass, Inc., et al. v. My Florida Regional MLS, Inc. d/b/a Stellar MLS | 6:26-cv-02651-CEM-RMN | M.D. Fla. |
| Compass, Inc., et al. v. Regional Multiple Listing Service of Minnesota, Inc. | 0:26-cv-04807-JMB-DTS | D. Minn. |
| Compass, Inc., et al. v. North Carolina Regional MLS, L.L.C. | 7:26-cv-00450-D-KS | E.D. N.C. |
| Compass, Inc., et al. v. Triangle MLS, Inc. | 5:26-cv-00906-BO-KS | E.D. N.C. |
| Compass, Inc., et al. v. Carolina Multiple Listing Services, Inc. | 3:26-cv-00971-KDB-DCK | W.D. N.C. |
| Compass, Inc., et al. v. OneKey MLS LLC | 2:26-cv-07323-SIL | E.D. N.Y. |
| Compass, Inc., et al. v. Houston Realtors Information Service, Inc. | 4:26-cv-09930 | S.D. Tex. |

**Attachment 1**